# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

CECIL J. TRAHAN AND KAREN
TRAHAN

NO.   2024 CW 0016

VERSUS

ALLSTATE INSURANCE COMPANY
AND MONICA V. SEQUEIRA

**MARCH 13, 2024**

---

In Re:   GEICO Casualty Company, applying for supervisory
writs, 32nd Judicial District Court, Parish of
Terrebonne, No. 191958.

---

**BEFORE:   GUIDRY, C.J., CHUTZ AND LANIER, JJ.**

**WRIT DENIED.**

**JMG**
**WRC**
**WIL**

COURT OF APPEAL, FIRST CIRCUIT



_____
DEPUTY CLERK OF COURT
FOR THE COURT